UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| GLADIS ESTRADA, *et al.*,<br><br>　　　　　　　Plaintiffs,<br>　v.<br>CITY OF RENO,<br><br>　　　　　　　Defendant. | Case No. 3:20-cv-00579-MMD-CLB<br><br>ORDER |
| SHARRON CLEOUS, *et al.*,<br><br>　　　　　　　Plaintiffs,<br>　v.<br>CITY OF RENO,<br><br>　　　　　　　Defendant. | Case No. 3:20-cv-00585-RJC-CLB<br><br>ORDER |
| SHAWN SIMINOE, *et al.*,<br><br>　　　　　　　Plaintiffs,<br>　v.<br>CITY OF RENO,<br><br>　　　　　　　Defendant. | Case No. 3:20-cv-00595-RJC-CLB<br><br>ORDER |
| DALE DEKKER,<br><br>　　　　　　　Plaintiff,<br>　v.<br>CITY OF RENO,<br><br>　　　　　　　Defendant. | Case No. 3:20-cv-00712-LRH-WGC<br><br>ORDER |

| | |
|---|---|
| ROBERT NAUMAN,<br><br>                Plaintiff,<br>v.<br>CITY OF RENO,<br><br>                Defendant. | Case No. 3:20-cv-00713-RJC-CLB<br><br>ORDER |
| ALEXANDER NEVAREZ, *et al.*,<br><br>                Plaintiffs,<br>v.<br>CITY OF RENO,<br><br>                Defendant. | Case No. 3:21-cv-00017-HDM-CLB<br><br>ORDER |
| MARK E. LAUNER, II, *et al.*,<br><br>                Plaintiffs,<br>v.<br>CITY OF RENO,<br><br>                Defendant. | Case No. 3:21-cv-00026-HDM-CLB<br><br>ORDER |
| NICOLE L. BERRY,<br><br>                Plaintiff,<br>v.<br>CITY OF RENO,<br><br>                Defendant. | Case No. 3:21-cv-00038-LRH-CLB<br><br>ORDER |

      Several individuals and businesses with properties around Silver Lake and Swan Lake in Lemmon Valley have filed actions in the District of Nevada against the City of Reno ("City"), alleging claims under the United States Constitution, Nevada Constitution, and common law, that the City took their property without providing just compensation after a flood rendered their property unsafe. The Clerk of Court has randomly assigned the bulk of these cases to District Judge Miranda M. Du and Magistrate Judge Carla L. Baldwin, including the earliest filed of these cases with the lowest case numbers.

///

Given that all plaintiffs in the related cases challenge the City's actions preceding and subsequent to the flood, the presiding District Judges in these actions have individually and collectively determined that these actions are related and there is good cause to reassign these cases to one District Judge under Local Rule 42-1(b) as well as Federal Rule of Civil Procedure 42(a)(3). Reassignment will promote judicial efficiency, avoid duplicative filings by the parties, and will not result in prejudice to the parties.

It is therefore ordered that the following cases are reassigned to Chief District Judge Miranda M. Du and referred to Magistrate Judge Carla L. Baldwin:

    Case No. 3:20-cv-00585-RCJ-CLB *Cleous, et al. v. The City of Reno*

    Case No. 3:20-cv-00595-RCJ-CLB *Siminoe, et al. v. The City of Reno*

    Case No. 3:20-cv-00712-LRH-WGC *Dekker v. The City of Reno*

    Case No. 3:20-cv-00713-RCJ-CLB *Nauman v. The City of Reno*

    Case No. 3:21-cv-00017-HDM-CLB *Nevarez, et al. v. City of Reno*

    Case No. 3:21-cv-00022-HDM-WGC *Ross v. City of Reno*

    Case No. 3:21-cv-00026-HDM-CLB *Launer, et al. v. City of Reno*

    Case No. 3:21-cv-00038-LRH-CLB *Berry v. City of Reno*

The Clerk of Court is further directed to assign any future related cases to Chief District Judge Miranda M. Du and Magistrate Judge Carla L. Baldwin.

It is further ordered that plaintiffs' counsel must file a notice of related cases if any future related case is filed.

DATED THIS 26th Day of January 2021

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE

DATED THIS 26th Day of January 2021

_____
LAWRENCE R. HICKS
UNITED STATES DISTRICT JUDGE

DATED THIS 26th Day of January 2021

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE

DATED THIS 26th Day of January 2021

_____
HOWARD D. MCKIBBEN
UNITED STATES DISTRICT JUDGE