1 KARL S. HALL
Reno City Attorney
2 JONATHAN D. SHIPMAN
Assistant City Attorney
3 Nevada State Bar No. 5778
4 *shipmanj@reno.gov*
WILLIAM J. McKEAN
5 Deputy City Attorney
6 Nevada State Bar No. 6740
*mckeanw@reno.gov*
7 CHANDENI K. SENDALL
Deputy City Attorney
8 Nevada State Bar No. 12750
9 *sendallc@reno.gov*
Post Office Box 1900
10 Reno, Nevada 89505
(775) 334-2050
11 *Attorneys for Defendant City of Reno*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: 2017 LEMMON VALLEY FLOOD<br><br>This document relates to:<br><br>All Actions | CASE NO.: 3:20-cv-579-MMD-CLB<br>(relates to consolidated file 3:21-cv-00093-MMD-CLB )<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Pursuant to FRCP 41(a), all parties to this action and the related actions listed below, through their undersigned counsel, hereby stipulate that the above-captioned action and the related actions listed below, and all of the claims asserted therein, be dismissed with prejudice, in accordance with the terms and conditions set forth in the Settlement and Release of Claims as approved by the Defendant, City of Reno, on May 12, 2021.

///

///

| Case Name | Case No. |
|---|---|
| Estrada, Angel and Gladis | 3:20-cv-00579 |
| Cleous, Danny | 3:20-cv-00585 |
| Novak. Scott | 3:20-cv-00586 |
| Siminoe, Kim and Shawn | 3:20-cv-00595 |
| Berns, Martin | 3:20-cv-00649 |
| Bushey, Frank | 3:20-cv-00650 |
| Loffer, Margherita and Gary | 3:20-cv-00711 |
| Dekker, Dale | 3:20-cv-00712 |
| Nauman, Robert | 3:20-cv-00713 |
| Schutte, Paul and Martha | 3:20-cv-00714 |
| Spencer, Lola | 3:20-cv-00715 |
| Aguilar, Elizabeth | 3:21-cv-00011 |
| Conlin, Tim | 3:21-cv-00012 |
| Donohoe, Linda | 3:21-cv-00014 |
| Dutcher, Jesse and Jennifer | 3:21-cv-00015 |
| New Life Assembly of God | 3:21-cv-00016 |
| Nevarez, Alex | 3:21-cv-00017 |
| Pearson, Sharon | 3:21-cv-00021 |
| Ross, Donald | 3:21-cv-00022 |
| Long, Jeff | 3:21-cv-00023 |
| King, Brian and Musich, Danny | 3:21-cv-00024 |
| Launer, Mark and Laura | 3:21-cv-00026 |
| Pool, Miles and Jody | 3:21-cv-00029 |
| Hughett, Frances | 3:21-cv-00036 |
| Sotelo, John | 3:21-cv-00037 |
| Berry, Nicole | 3:21-cv-00038 |
| Hall, David and Tracy | 3:21-cv-00040 |

///

///

Reno City Attorney
P.O. Box 1900
Reno, NV 89505

DATED this 26th day of May, 2021.              DATED this 26th day of May, 2021.


By:  /s/ Roger S. Doyle                        By:  /s/ Jonathan D. Shipman
   Kerry S. Doyle, Esq.                           Karl S. Hall, Esq.
   Nevada Bar No. 10866                           Jonathan D. Shipman, Esq.
   Roger S. Doyle, Esq.                           Nevada Bar No. 5778
   Nevada Bar No. 10876                           William J. McKean, Esq.
   4600 Kietzke Lane, Suite I-207                 Nevada Bar No. 6740
   Reno, Nevada 89502                             Chandeni Sendall, Esq.
   (775) 525-0889                                 Nevada Bar No. 12750
                                                  P.O. Box 1900
   Luke Busby, Esq.                               Reno, Nevada 89505
   Nevada State Bar No. 10319                     (775) 334-2050
   316 California Ave #82
   Reno, Nevada 89509                             *Attorneys for the City of Reno*
   775-453-0112

*Attorneys for Plaintiffs*

## ORDER

IT IS SO ORDERED.

DATED this ___26th day of May___, 2021.

                                                UNITED STATES DISTRICT JUDGE

Reno City Attorney
P.O. Box 1900
Reno, NV 89505